## MEYER D. STERN v. CHARLES M. ZAPF.[1]

### March 12, 1926.

### No. 25,093.

**Case followed.**

Action tried in the district court for Stearns county. The case was tried before Roeser, J., who directed a verdict in favor of defendant. Plaintiff appealed from an order denying his motion for judgment notwithstanding the verdict or for a new trial. Affirmed.

*Allen & Fletcher,* for appellant.
*William A. Boerger,* for respondent.

WILSON, C. J.

This is an action to recover upon a contract similar to the one in Stern v. Mayer, supra, page 346, except that the amount is to be paid "in monthly payments of $6.15 each, or more at my option, each month hereafter beginning with the month of October 1, 1917." Upon the trial a verdict was directed for defendant. Plaintiff appealed from an order denying his alternative motion for judgment non obstante or a new trial.

Upon authority of Stern v. Mayer, supra, the order of the trial court is affirmed.

Affirmed.

[1]Reported in 207 N. W. 740.